IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT PETERS, )
)
       Plaintiff, )
)
vs. ) Civil No. 16-cv-1271-JPG-CJP
)
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security, )
)
       Defendant. )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Objection. **(Doc. 32)**.

This case was transferred here by the Northern District of Illinois. See, Doc. 20. Plaintiff objects to the transfer because "everything took place up north." However, as was explained in Doc. 20, a case challenging the final decision of the Commissioner should be filed in the district where the plaintiff resides. 42 U.S.C. § 405(g). At the time he filed suit, and still today, plaintiff was incarcerated at Menard Correctional Center, which is in the Southern District of Illinois.

Upon transfer, the case was assigned a new case number. Plaintiff finds this suspicious as, in his experience, transferred cases are not assigned new numbers. Regardless of plaintiff's experiences, cases transferred to this district from other districts are routinely assigned new numbers. The assignment of a new number does not, as he suggests, work to the advantage of the defendant.

Plaintiff's concerns are baseless. Therefore, his Objection **(Doc. 32)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: August 3, 2017.**

　　　　　　　　　　　　　　　　**s/ Clifford J. Proud**
　　　　　　　　　　　　　　　　**CLIFFORD J. PROUD**
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**