# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT PETERS,<br><br>     Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>     Defendant. | Civil No. 16-cv-1271-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Scott Peters.

DATED: 8/10/2017

                  JUSTINE FLANAGAN,
                  Acting Clerk of Court

                  BY: *s/Tina Gray,*
                     Deputy Clerk

**Approved:**
*s/J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**